```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    DANIEL A. SAUNDERS
 4  California Bar Number: 161051
         1500 United States Courthouse
 5       312 North Spring Street
         Los Angeles, California 90012
 6       Telephone: (213) 894-2272
         Facsimile: (213) 894-3713
 7       E-mail:    daniel.saunders@usdoj.gov
    Attorneys for Plaintiff
 8  United States of America
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 07-70-DDP |
|---|---|
| Plaintiff, | ) <u>NOTICE OF REASSIGNMENT OF</u> <u>CRIMINAL CASE</u> |
| v. | ) |
| HENRY WALTHER, | ) |
| Defendant. | ) |

Plaintiff, United States of America, hereby advises the court that the above-captioned case has been reassigned to a new Assistant United States Attorney ("AUSA") as follows:

| | **Name** | **E-mail Address** |
|---|---|---|
| **Previously Assigned AUSA** | Ellyn M. Lindsay | ellyn.lindsay@usdoj.gov |
| **Newly Assigned AUSA** | Daniel A. Saunders | daniel.saunders@usdoj.gov |

Please make all necessary changes to the court's Case Management/ Electronic Case Filing system to ensure that the newly assigned

AUSA is associated with this case and receives all e-mails relating to filings in this case.

Dated: July 21, 2009

          Respectfully submitted,

          THOMAS P. O'BRIEN
          United States Attorney

          CHRISTINE C. EWELL
          Assistant United States Attorney
          Chief, Criminal Division

                  /s/
          DANIEL A. SAUNDERS
          Assistant United States Attorney

          Attorneys for Plaintiff
          United States of America