JAMES D. HENDERSON (SBN 104150)
jdhjunior@aol.com
**LAW OFFICES OF JAMES D. HENDERSON**
2530 Wilshire Boulevard, Second Floor
Santa Monica, CA 90403
Telephone: (310) 264-1898
Facsimile: (310) 264-4755

Attorneys for Defendant
HENRY WALTHER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>HENRY WALTHER,<br><br>    Defendant. | Case No. CR 07-00070-DDP<br><br>**[PROPOSED] ORDER CONTINUING SENTENCING DATE**<br><br>Date:              September 21, 2009<br>Proposed Date:  December 7, 2009 |

GOOD CAUSE HAVING BEEN SHOWN AND IT BEING JOINTLY REQUESTED BY THE PARTIES, IT IS HEREBY ORDERED that sentencing in this matter is continued from September 21, 2009, until December 7, 2009, at the hour of 10:00 a.m. Defendant is ordered to appear at that time.

Dated: _____, 2009

                                                    _____
                                                    HONORABLE DEAN D. PREGERSON
                                                    UNITED STATES DISTRICT JUDGE

1