JAMES D. HENDERSON (SBN 104150)
jdhjunior@aol.com
**LAW OFFICES OF JAMES D. HENDERSON**
2530 Wilshire Boulevard, Second Floor
Santa Monica, CA  90403
Telephone:    (310) 264-1898
Facsimile:    (310) 264-4755

NOTE: CHANGES MADE BY THE COURT

Attorneys for Defendant
HENRY WALTHER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>     v.<br><br>HENRY WALTHER,<br><br>         Defendant. | Case No. CR 07-00070 DDP<br><br>**ORDER CONTINUING SENTENCING DATE**<br><br>Date:                  September 21, 2009<br>Proposed Date:   December 7, 2009 |

GOOD CAUSE HAVING BEEN SHOWN AND IT BEING JOINTLY REQUESTED BY THE PARTIES, IT IS HEREBY ORDERED that sentencing in this matter is continued from September 21, 2009, until December 4, 2009, at 2:30 p.m. Defendant is ordered to appear at that time.

Dated: August 14, 2009

*[signature]*

HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

cc: P.S.A.L.A.