```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    DANIEL A. SAUNDERS (Cal. Bar #161051)
 4  daniel.saunders@usdoj.gov
    Assistant United States Attorney
 5  Violent & Organized Crime Section
    1500 United States Courthouse
 6  312 North Spring Street
    Los Angeles, California 90012
 7  Telephone: (213) 894-2272
    Facsimile: (213) 894-3713
 8
    Attorneys for Plaintiff
 9  United States of America

10                    UNITED STATES DISTRICT COURT

11                FOR THE CENTRAL DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA   )   No. CR 07-134-DDP
                               )
13            Plaintiff,       )
                               )
14       v.                    )
                               )
15  SONNY VLEISIDES, et al.,   )
                               )
16            Defendants.      )
    _____)
17                             )   No. CR 07-70-DDP
    UNITED STATES OF AMERICA   )
18                             )
              Plaintiff,       )   GOVERNMENT'S NOTICE OF IN
19                             )   CAMERA FILING
         v.                    )
20                             )
    HENRY WALTHER,             )
21                             )
              Defendant.       )
22  _____)

23

24       Plaintiff United States of America, by and through its

25  counsel of record, Assistant United States Attorney Daniel A.

26

27

28
```

Saunders, hereby gives notice that it has lodged an <u>in camera</u> submission with the Court.

DATED:      August 27, 2009

                          Respectfully submitted,

                          THOMAS P. O'BRIEN
                          United States Attorney

                          CHRISTINE C. EWELL
                          Assistant United States Attorney
                          Chief, Criminal Division

                          _____
                          DANIEL A. SAUNDERS
                          Assistant United States Attorney
                          Violent & Organized Crime Section

                          Attorneys for Plaintiff
                          United States of America